UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABANTE ROOTER AND PLUMBING INC., | Case No. 18-cv-01607-SK |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | Regarding Docket No. 9 |
| BLINDBID INC., | |
| Defendant. | |

On April 30, 2018, Michael O'Hare, the President of Defendant Blind Bid, Inc. ("Blindbid"), acting *pro se*, purported to file an answer on behalf of Blind Bid. However, "a corporation may appear in the federal courts only through licensed counsel." *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *see also* Northern District Civil Local Rule 3-9(b). Therefore, as a non-attorney, the defendant corporation, Blind Bid, cannot appear *pro se* and cannot be represented by non-attorney Michael O'Hare.

Therefore, the Court HEREBY ORDERS Blind Bid to show cause in writing by no later than May 25, 2018, why the Court should not strike the answer and enter default against Blind Bid. Blind Bid is admonished that if it does not respond to this Order to Show Cause by May 25, 2018, the Court will reassign this matter and issue a recommendation to strike Blind Bid's answer and enter default.

**IT IS SO ORDERED**.

Dated: May 4, 2018

_____
SALLIE KIM
United States Magistrate Judge