**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING INC.,**<br>Plaintiff**,**<br>vs.<br>**BLINDBID INC.,**<br>Defendant**.** | CASE NO. 18-cv-01607-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the clerk's June 14, 2018 notice and the Court's July 3, 2018 order, the parties were to file, by no later than Monday, August 6, 2018, "a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d). (*See also* Dkt. Nos. 25, 28.)

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200 for failure to file a joint case management statement in a timely manner. A hearing on this Order to Show Cause will be held on **Friday, August 17, 2018** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Friday, August 10, 2018**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the stated rule. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for August 13, 2018 is **CONTINUED** to **August 27, 2018, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: August 7, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**