# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING INC.,**<br>Plaintiff,<br>vs.<br>**BLINDBID INC.,**<br>Defendant. | CASE NO. 18-cv-01607-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court has reviewed the parties' updated case management conference statement and **APPROVES** the proposed schedule contained therein, which comports with the Court's first Order Continuing the Case Management Conference at Docket Number 28. (*See* Dkt. No. 32 at 7.) Accordingly, the Court finds that a case management conference is unnecessary at this time. The case management conference currently set for August 27, 2018 is **CONTINUED** to **Monday, December 10, 2018.**

For informational purposes, counsel is advised that in order to ensure that settlements being brought before the Court are fair and reasonable, and to ensure transparency, accountability, and class participation, the Court will require, as part of any application for approval, counsel to provide the following information for each of their five most recent approved and fully distributed class settlements:

> The total settlement fund, the total number of class members, the total number of class members to whom notice was sent and not returned as undeliverable, the number and percentage of claim forms submitted, the number and percentage of opt-outs, the number and percentage of objections, the average and median recovery per claimant, the largest and smallest amounts paid to class members, the method of notice and the method of payment to class members, the number and value of checks not cashed, the amounts distributed to each cy pres recipient, the administrative costs, the attorneys'

costs, the experts' fees, and the attorneys' fees in terms of total amount, percentage of the settlement fund, and multiplier.

Counsel should be prepared to summarize this information in easy-to-read charts that allow for quick comparisons with other cases and include a column with the anticipated results of the action at issue. The parties can also expect to provide the same information after final distribution and payment of any attorneys' fees. Counsel may contact the Court for additional guidance.

The parties are reminded to follow the Court's standing order regarding motions for summary judgment.

**IT IS SO ORDERED.**

Dated: August 22, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**