UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BLINDBID INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No.: 4:18-cv-01607-YGR<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Having considered the parties' Stipulation to Dismiss, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the putative class claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: December 19, 2019

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE